| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Woodrow & Peluso, LLC<br>3900 E. Mexico Ave Suite 300<br>Denver, CO 80210<br><br>EMAIL:<br>ATTORNEY FOR: | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court for the Northern District of California<br>c/o Woodrow & Peluso, LLC<br>3900 E Mexico Ave, Ste 300<br>Denver, CO 80210 | | |
| PLAINTIFF:<br>A1 On Track Sliding Door Repair and Installation, Inc.,<br>DEFENDANT:<br>Brandrep LLC, a Delaware limited liability company | COURT CASE NO:<br>3:21-CV-03013-SK | |
| **Proof of Service of Summons** | LEVYING OFFICER FILE NO:<br>2021504214 | |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents)*:
   **First Amended Class Action Complaint, Summons in a Civil Action**

3. a. Party Served *(specify name of party as shown on documents served)*:

   **BrandRep LLC**

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

   **Charles Della Sala - Director of Sales/Authorized to Accept**

4. Address where party was served:   **2850 Red Hill Ave #100**
   **Santa Ana, CA 92705**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 06/07/2021 at: 10:10 AM.

7. **Person who served the papers:**

   a. Name: **Technician . B. Darsow-Bowles #6000**

   b. Address: **909 N Main St, Suite 2, Santa Ana, CA 92701**

   c. Telephone number: **(714) 569-3700**

   d. **The fee** for service was: **$40.00**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   Wednesday, June 16, 2021

by: *B. Bowles #6000*

Sheriff's Authorized Agent
Don Barnes, Sheriff-Coroner

Judicial Council Form POS-010           Original
                                (c) CountySuite Sheriff, Teleosoft, Inc.