AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
United States District Court for the Northern District of California

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:21-cv-03013-SK |
| ) | |
| BRANDREP, LLC ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BRANDREP, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Woodrow & Peluso LLC , Taylor Smith , 3900 East Mexico Avenue, Suite 300 , Denver, CO 80210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-30-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-03013-SK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BRANDREP, LLC was received by me on *(date)* Jul 14 2021.

[X] I personally served the summons on the individual at *(place)* 330 N Brand Blvd, Glendale, CA 91203 on *(date)* Thu, Jul 15 2021 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Gabriela Sanchez, C.T. Corporation, Registered Agent for Service , who is designated by law to accept service of process on behalf of *(name of organization)* BRANDREP, LLC on *(date)* Thu, Jul 15 2021 ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/19/2021

*Server's signature*

Kirk Jackson Los Angeles 5922

*Printed name and title*

18013 Sky Park Circle, Suite C, Irvine, CA 92614

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 15, 2021, 11:20 am PDT at 330 N Brand Blvd, Glendale, CA 91203 received by Gabriela Sanchez. Age: 20s; Ethnicity: Hispanic; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: Corporate intake specialist;