## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 30, 2021 | **Time:** 2:33 – 2:42<br>9 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-03013-SI | **Case Name:** Threde v. Brandrep LLC | |

**Attorney for Plaintiff:** Taylor Smith
**Attorney for Defendant:** George C. Hutchinson

**Deputy Clerk:** Esther Chung                **Court Reporter:** FTR - SF

## PROCEEDINGS

Initial Case Management Conference – held.

## SUMMARY

No counsel appeared on behalf of Defendant. The Initial Case Management Conference was continued to allow time for Defendant to make an appearance on the docket. Plaintiff's counsel was instructed to notify Defendant's counsel of the new Initial Case Management Conference date along with meeting and conferring with them to prepare an updated Joint Case Management Statement. Plaintiff's counsel is to file a copy of the email notifying Defendant's counsel of what occurred during this hearing.

Case continued to **August 27, 202 at 3:00 p.m.** for Initial Case Management Conference via Zoom webinar.

Joint Case Management Statement due by **August 20, 2021.**