

August 2, 2021

*Via U.S. Mail:*

George C. Hutchinson
c/o Defendant BrandRep, LLC
gchutchinson@legalsolutions2u.com
Legal Solutions 2U, APC
18201 Von Karman Ave., Suite 701
Irvine, CA 92612

>    Re:   ***A1 On Track, et al., v. BrandRep, LLC*, Case No. 3:21-cv-03013-SI**
>          **July 30, 2021 Order Continuing Case Management Conference**

Counsel:

In accordance with the Court's July 30, 2021 Order (dkt. 26), the undersigned hereby provides written notice to counsel for BrandRep, LLC of the following. On July 30, 2021, the undersigned appeared before the Hon. Susan Illston for the initial case management conference scheduled in the above-referenced action. The Court issued the following Orders.

- The initial case management conferenced is continued until August 27, 2021, at 3:00 p.m.;
- Counsel for both parties are required to meet and confer in good faith to prepare a revised joint case management statement, which sets forth only the actions that each party intends to pursue in this litigation;
- The Parties shall file their revised joint case management statement no later than August 20, 2021; and
- Finally, counsel for BrandRep is also advised that he must register for the Court's CM/ECF and PACER systems to receive electronic notices in this case.

In accordance with the Court's Order, please provide your availability between August 2, 2021 and August 13, 2021 to confer regarding the joint report.

Sincerely,

*/s/ Taylor Smith*

Taylor Smith, Esq.
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC

3900 East Mexico Avenue, Suite 300, Denver, CO 80210

3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628

3900 East Mexico Avenue, Suite 300, Denver, CO 80210

## CERTIFICATE OF SERVICE

       I, Taylor T. Smith, hereby certify that on August 2, 2021, I served a true and accurate copy of the above titled document by electronic mail and first-class U.S. Mail, postage prepaid, and properly addressed to the following parties:

George C. Hutchinson
gchutchinson@legalsolutions2u.com
Legal Solutions 2U, APC
18201 Von Karman Ave., Suite 701
Irvine, CA 92612

*Counsel for Defendant BrandRep, LLC*

<u>/s/ Taylor T. Smith</u>