Rebecca L. Davis (#271662)
rebecca@lozeaudrury.com
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

[Additional counsel appearing on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK, and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRANDREP, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-03013-SI<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANT BRANDREP, LLC** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs A1 On Track Sliding Door Repair and Installation, Inc., Sylvia Schick, and Deborah Schick (collectively "Plaintiffs") hereby respectfully request that the Clerk of the Court enter default against the following Defendant who has failed to appear, answer, or otherwise defend this action:

- Defendant BrandRep, LLC ("BrandRep").

Defendant BrandRep was served on July 15, 2021 (dkt. 24), placing its deadline to respond to Plaintiffs' First Amended Complaint on August 5, 2021. To date, Defendant BrandRep has not appeared, answered, or filed any response to Plaintiffs' complaint.

The Affidavit of Default, attached hereto as Exhibit A, further supports this request.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: August 9, 2021 | **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK**, and **DEBORAH SCHICK**, individually and on behalf of all others similarly situated, |

By: /s/ *Taylor T. Smith*
One of Plaintiff's Attorneys

Rebecca L. Davis (#271662)
rebecca@lozeaudrury.com
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 907-7628
Facsimile: (720) 927-0809

*Counsel for Plaintiffs and the Putative Class*