# Exhibit A

Rebecca L. Davis (#271662)
rebecca@lozeaudrury.com
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK, and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRANDREP, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-03013-SI<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANT BRANDREP, LLC** |

I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am one of the attorneys for Plaintiffs A1 On Track Sliding Door Repair and Installation, Inc., Sylvia Schick, and Deborah Schick (collectively "Plaintiffs") and the alleged Class in the above-captioned matter. I am over the age of 18 and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiffs' Complaint was filed on April 26, 2021 against Defendant BrandRep, LLC ("BrandRep"), a Delaware limited liability company, which was later amended on April 29, 2021 (dkt. 6).

3. A Summons directed to Defendant BrandRep was issued on April 30, 2021. (Dkt. 8.)

4. A copy of the First Amended Complaint and Summons were served on Defendant BrandRep on July 15, 2021 (dkt. 24), placing BrandRep's deadline to Answer or otherwise respond on August 5, 2021

5. To date, Defendant has not entered an appearance, filed an Answer, or otherwise responded.

6. Therefore, Plaintiff requests that the Court enter default against Defendant BrandRep, LLC.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on August 9, 2021.

Respectfully,

/s/ *Taylor T. Smith*

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 907-7628
Facsimile: (720) 927-0809

*Counsel for Plaintiffs and the Putative Class*