Rebecca L. Davis (#271662)
rebecca@lozeaudrury.com
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK, and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRANDREP, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-03013-SI<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANT BRANDREP, LLC** |

I, Taylor T. Smith, hereby certify that on August 9, 2021, I served a copy of the following documents: Plaintiffs' Request for Entry of Default Against Non-Appearing Defendant BrandRep, LLC, Affidavit In Support of Plaintiffs' Entry of Default Against Non-Appearing Defendant BrandRep, LLC, and Proposed Clerk's Entry of Default Against Non-Appearing Defendant BrandRep, LLC upon the Defendant by placing a copy of each in postage prepaid envelope addressed to the parties started below, which is the last known address of said parties, and deposited said envelopes in the United States mail.

Addressee:   BrandRep, LLC
             2850 Red Hill Ave., Suite 100

1

Santa Ana, CA 92705

Addressee: BrandRep, LLC
c/o C.T. Corporation, Registered Agent for Service
330 N. Brand Blvd.
Glendale, CA 91203

Addressee: BrandRep, LLC
George C. Hutchinson
gchutchinson@legalsolutions2u.com
Legal Solutions 2U, APC
18201 Von Karman Ave., Suite 701
Irvine, CA 92612

*Counsel for Defendant BrandRep, LLC*

Dated: August 9, 2021

/s/ *Taylor T. Smith*
Taylor T. Smith

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 907-7628
Facsimile: (720) 927-0809

*Counsel for Plaintiffs and the Putative Class*