**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK, and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>**BRANDREP, LLC**, a Delaware limited liability company,<br><br>          Defendant. | Case No. 3:21-cv-03013-SI<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANT BRANDREP, LLC** |

   Pursuant to 55(a) of the Federal Rules of Civil Procedure and upon application by Plaintiffs, default is hereby entered against Defendant BrandRep, LLC.

DEFAULT ENTERED this _____ day of_____2021

_____
Clerk of Court
