1  GEORGE C. HUTCHINSON (SBN 138735)
   PATRICK L. BLAIR (SBN 201345)
2  LEGAL SOLUTIONS 2 U
   A Professional Corporation
3  18201 Von Karman, Ste. 701
   Irvine, California 92616
4  Telephone:  (855) 755-2928
   Facsimile:   (855) 755-2928
5  gchutchinson@legalsolutions2u.com

6  Attorneys for Defendant:
   BRANDREP, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC, SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated, | Case No. 3:21-CV-03013-SI |
|---|---|---|
| 13 | | **BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S MOTION TO SET ASIDE DEFAULT (FRCP 55(c))** |
| 14 | | |
| 15 | | |
| 16 | Plaintiffs, | Date: August 27, 2021<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Susan Illston |
| 17 | | |
| 18 | vs. | |
| 19 | BRANDREP, LLC, a Delaware limited liability company, | First Amended Complaint Filed on April 29, 2021 |
| 20 | | |
| 21 | | |
| 22 | Defendant. | |

23
   **BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S MOTION**
24
   **TO SET ASIDE DEFAULT (FRCP 55(c))**
25
   1. I am an attorney in the State of California and an associate of Legal
26
   Solutions 2 U, APC, the law firm representing defendant Brandrep, LLC.
27

28

2. I recently joined the firm and started working on this case.

3. I attended the August 13, 2021 meet and confer with attorney Smith. However, attorney Smith was unwilling to move forward with the meet and confer and preparation of a joint case management statement. Despite the default, I was prepared to move forward. I did not want to slow down this case. I was operating under the possibility that the court would grant defendant's motion to vacate.

4. I asked attorney Smith if he would be willing to remove the default. He refused. He said that he would now be seeking class certification.

5. Attorney Smith challenged me to find a rule that required a meet and confer for a motion to dismiss, for which I could not. I did however read him CAND Guidelines for Professional Conduct 15. Default: "**A lawyer should not seek an opposing party's default to obtain a judgment or substantive order without giving that opposing party sufficient advance written warning to allow the opposing party to cure the default.**"

6. I also read attorney Smith CAND Guidelines for Professional Conduct 10. Motion Practice example a. "Before filing a motion, a lawyer should engage in a good faith effort to resolve the issue." These ethical rules were unable to change attorney Smith's mind regarding the default.

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States of America that the foregoing is true and correct.

Dated: August 16, 2021                    LEGAL SOLUTIONS 2 U
                                          A Professional Corporation


                                          /s/ Patrick L. Blair
                                          Patrick L. Blair
                                          Declarant and Attorney for
                                          Defendant Brandrep, LLC

**BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S MOTION TO SET ASIDE DEFAULT (FRCP 55(c))**
C:\Users\Ron Kort Spectre\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Motions\Filed by BrandRep\Motion to Vacate Default\02.Blair Decl.docx

3