1  GEORGE C. HUTCHINSON (SBN 138735)
   PATRICK L. BLAIR (SBN 201345)
2  LEGAL SOLUTIONS 2 U
   A Professional Corporation
3  18201 Von Karman, Ste. 701
   Irvine, California 92616
4  Telephone:  (855) 755-2928
   Facsimile:   (855) 755-2928
5  gchutchinson@legalsolutions2u.com

6  Attorneys for Defendant:
   BRANDREP, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC, SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated, | Case No. 3:21-CV-03013-SI  **[PROPOSED] ORDER SETTING ASIDE DEFAULT (FRCP 55(c))** |
| Plaintiffs, | Date: September 24, 2021<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Susan Illston |
| vs. | First Amended Complaint Filed on April 29, 2021 |
| BRANDREP, LLC, a Delaware limited liability company, | |
| Defendant. | |

**PROPOSED ORDER SETTING ASIDE DEFAULT (FRCP 55(c))**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** the hearing on defendant Brandrep, LLC's motion to vacate default came regularly for hearing on September 24, 2021

1 at 10:00 a.m. in Courtroom 1 of the above-entitled Court, the Honorable Susan
2 Illston presiding.
3    The Court having considered the file herein, the moving papers, oral
4 argument, and good cause appearing, GRANTED defendant's motion.  Therefore,
5 the court sets aside the entry of default and gives defendant 10 days to respond to
6 the first amended complaint.

8 IT IS SO ORDERED.

   Dated: _____, 2021

                                         _____
                                         Honorable Susan Illston
                                         District Judge