UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCHICK, *et al*.,<br><br>             Plaintiffs,<br><br>   v.<br><br>BRANDREP LLC,<br><br>             Defendant. | Case No. 21-cv-03013-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DECLARATIONS FILED AT DOCKET NOS. 30 AND 31**<br><br>Re: Dkt. No. 32 |

Plaintiffs' motion to strike is scheduled for a hearing on September 17, 2021. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument and VACATES the hearing.

Plaintiffs move to strike two identical declarations filed by defense counsel. For the reasons stated in plaintiffs' motion, the Court agrees that the filing of the declarations was improper, and STRIKES the declarations from the docket. Defendant is advised that to the extent the declarations address matters related to the default entered by the Clerk, the Court shall resolve those issues in connection with defendant's motion to set aside the default (Dkt. No. 38).

**IT IS SO ORDERED**.

Dated: August 25, 2021

                                      SUSAN ILLSTON
                                      United States District Judge