GEORGE C. HUTCHINSON (SBN 138735)
PATRICK L. BLAIR (SBN 201345)
LEGAL SOLUTIONS 2 U
A Professional Corporation
18201 Von Karman, Ste. 701
Irvine, California 92616
Telephone:   (855) 755-2928
Facsimile:    (855) 755-2928
gchutchinson@legalsolutions2u.com

Attorneys for Defendant:
BRANDREP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC, SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDREP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-CV-03013-SI<br><br>**BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO SET ASIDE DEFAULT (FRCP 55(c))**<br><br>Date: September 24, 2021<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Susan Illston<br><br>First Amended Complaint Filed on April 29, 2021 |

## BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO SET ASIDE DEFAULT (FRCP 55(c))

1. I am an attorney in the State of California and an associate of Legal Solutions 2 U, APC, the law firm representing defendant Brandrep, LLC.

2. I recently joined the firm and started working on this case.

3. After reviewing recent case law, I believe the facts are so heavily weighed against the Plaintiff's that if the court deems it best that BrandRep answer the complaint rather than file a Rule 12(b) motion to the complaint in this case than my office will gladly produce an answer in a timely manner.

4. With the exception of paragraph 14 of the first amended complaint, which states; "Defendant BrandRep is an internet marketing company headquartered in Irvine, California[,]" the answer that would eventually be filed against the first amended complaint will effectively deny the remainder of plaintiffs' allegations.  The effective denials will come from either "deny" responses or "is without sufficient knowledge or information sufficient to form a belief as to the truth or falsity of allegations" responses.  By filing said answer, all of the defenses cited in the reply brief will be viable defenses that should be adjudicated on the merits.

5. BrandRep will also assert a number of affirmative defenses such as standing issues, zone of interest issues, unclean hands, statutes of limitation, and no breach of the TCPA regulations.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

**BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO SET ASIDE DEFAULT (FRCP 55(c))**
C:\Users\Ron Kort Spectre\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Motions\Filed by BrandRep\Motion to Vacate Default\Reply\Blair Decl.docx

2

| | | |
|---|---|---|
| 1 | Dated: September 7, 2021 | LEGAL SOLUTIONS 2 U |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | /s/ Patrick L. Blair |
| 5 | | Patrick L. Blair |
| 6 | | Declarant and Attorney for Defendant Brandrep, LLC |

**BLAIR DECLARATION IN SUPPORT OF BRANDREP, LLC'S REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO SET ASIDE DEFAULT (FRCP 55(c))**
C:\Users\Ron Kort Spectre\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Motions\Filed by BrandRep\Motion to Vacate Default\Reply\Blair Decl.docx

3