1  GEORGE C. HUTCHINSON (SBN 138735)
2  PATRICK L. BLAIR (SBN 201345)
   LEGAL SOLUTIONS 2 U
3  A Professional Corporation
   18201 Von Karman, Ste. 701
4  Irvine, California 92616
   Telephone:  (855) 755-2928
5  Facsimile:   (855) 755-2928
   gchutchinson@legalsolutions2u.com

6  Attorneys for Defendant:
   BRANDREP, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12  A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC, SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated, | Case No. 3:21-CV-03013-SI |
|---|---|
|  | **DEFENDANT BRANDREP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; PROOF OF SERVICE** |
| Plaintiffs, |  |
| vs. | First Amended Complaint Filed on April 29, 2021 |
| BRANDREP, LLC, a Delaware limited liability company, |  |
| Defendant. |  |

24      **DEFENDANT BRANDREP, LLC'S CERTIFICATION OF**
25          **INTERESTED ENTITIES OR PERSONS**

27  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

28

DEFENDANT BRANDREP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

C:\Users\ron\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Pleadings\Certification of Interested Entities or Persons - Threde v. Brandrep.docx
1

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 7.1 and Local Rule 3-15, its undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. As of 12.31.2020, Massachusetts Mutual Life Insurance Company held 25.9% of equity; Southfield Mezzanine Capital, LP held 10.4%. in BrandRep, LLC;

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 7.1 and Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 16, 2021

LEGAL SOLUTIONS 2 U
A Professional Corporation

/s/ Patrick L. Blair
Patrick L. Blair
Attorney for Defendant
Brandrep, LLC

**DEFENDANT BRANDREP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

C:\Users\ron\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Pleadings\Certification of Interested Entities or Persons - Threde v. Brandrep.docx
2

# PROOF OF SERVICE

COUNTY OF ORANGE         )
                         )   ss.
STATE OF CALIFORNIA      )

      I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 18201 Von Karman, Ste. 701, Irvine, California 92616.

      On November *, 2021, I served the following document described as:

**DEFENDANT BRANDREP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

      On the following interested parties in this action:

**Taylor T. Smith**
**Via CM/ECF**
*Attorney for plaintiffs*
Email: tsmith@woodrowpeluso.com

**Rebecca L. Davis**
**Via CM/ECF**
*Attorney for plaintiffs*
Email: rebecca@lozeaudrury.com

**[X]   VIA CM/ECF (email)** By electronic filing through the CM/ECF system.

      I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on November *, 2021 at Irvine, California.

                                               /s/ Ron Kort
                                               Ron Kort

**DEFENDANT BRANDREP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

C:\Users\ron\Dropbox\CA_Office\Clients\Brand Rep LLC\(2020 - 2021) Threde V BrandRep\2021 Complaint\Pleadings\Certification of Interested Entities or Persons - Threde v. Brandrep.docx
3