UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 19, 2021 | **Time:** 11:57 – 12:08<br>11 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-03013-SI | **Case Name:** Threde, et al. v. Brandrep LLC, et al. | |

**Attorney for Plaintiff:** Taylor Smith
**Attorney for Defendant:** Patrick Blair

**Deputy Clerk:** Esther Chung          **Court Reporter:** FTR - SF

## PROCEEDINGS

Initial Case Management Conference – held.

## SUMMARY

The Court will provide a Scheduling Order. The parties agreed to private mediation and agreed that it should held by mid May 2022. The Court instructed the parties to file a joint letter providing the name of the mediator to the Court by **December 10, 2021.**

CASE CONTINUED:  Further Case Management Conference set for February 11, 2022 at 3:00 p.m.

Joint Case Management Statement due:  February 4, 2022