1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA SCHICK, et al.,

            Plaintiffs,

    v.

BRANDREP LLC,

            Defendants.

Case No.  21-cv-03013-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:


FURTHER CASE MANAGEMENT: 2/11/2022 at 3:00 PM.
Joint Case Management Statement:  2/4/2022

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  2/11/2022

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/30/2022.

PLAINTIFF'S DESIGNATION OF EXPERTS: 7/15/2022; DEFENDANT'S EXPERT
DISCLOSURES:  8/5/2022;  REBUTTAL: 8/19/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/31/2022.

Plaintiff to File Motion for Class Certification:  9/2/2022;
    Opposition Due:  9/16/2022;
    Reply Due:  9/23/2022;
Hearing on Class Certification:  10/7/2022 at 10 a.m.

    **IT IS SO ORDERED**.


Dated: November 19, 2021

_____
SUSAN ILLSTON
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California