Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiffs and the Alleged Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC.** and **DEBORAH SCHICK,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRANDREP LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-03013-SI<br><br>**JOINT STATUS REPORT** |

Plaintiffs A1 On Track Sliding Door Repair and Installation, Inc. ("A1") and Deborah Schick ("Schick," collectively with A1, "Plaintiffs") and Defendant BrandRep, LLC ("BrandRep" or "Defendant") (collectively Plaintiffs and Defendant are referred to as the "Parties") submit this Joint Status Report in advance of the Parties' upcoming status conference scheduled for February 11, 2022, at 3:00 p.m. (dkt. 52).

1. **Discovery Status**

    Plaintiffs' Statement: The parties have exchanged written discovery. On December 3,

1

2021, Plaintiffs served their first set of discovery requests on BrandRep—including requests for production and interrogatories. BrandRep served its responses to Plaintiffs' first set of discovery on January 17, 2022. On December 9, 2021, BrandRep served its first set of written discovery on Plaintiffs, including requests for production, requests for admission, and interrogatories. Plaintiffs served their responses on January 24, 2022.

On January 28, 2022, Plaintiffs served a letter outlining deficiencies in BrandRep's initial discovery responses. Plaintiffs expect to confer with BrandRep during the coming week to attempt an informal resolution. Should any outstanding issues remain, the parties will raise the matter to the Court.

Defendant's Statement:

As stated above, the parties have exchanged written discovery. On February 3, 2022, Defendant served a letter outlining deficiencies in Plaintiffs' initial discovery responses. Defendant expects to confer with Plaintiff soon to attempt to resolve the issues without Court intervention.

Respectfully submitted,

Dated: February 3, 2022

**A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC. and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
    One of Plaintiffs' Attorneys

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Taylor T. Smith (admitted *pro hac vice*)

2

tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Dated: February 3, 2022                    **BRANDREP, LLC**

/s/ Patrick Blair

George C. Hutchinson
gchutchinson@legalsolutions2u.com
Patrick Blair
pblair@legalsolutions2u.com
Legal Solutions 2U, APC
18201 Von Karman Ave., Suite 701
Irvine, CA 92612
Tel: 855-775-2928
Fax: 855-775-2928

*Counsel for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By: /s/ Taylor T. Smith
       Taylor T. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on February 3, 2022.

/s/ Taylor T. Smith