UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A1 On Track Sliding Door Repair
and Installation, Inc., et al.          ,

Plaintiff(s),

v.

BrandRep, LLC                    ,

Defendant(s).

Case No. 3:21-cv-03013-SI

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick H. Peluso          , an active member in good standing of the bar of

Colorado                        , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiffs and the alleged Class     in the

above-entitled action. My local co-counsel in this case is Rebecca Leah Davis          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 271662          .

3900 E. Mexico Ave., Suite 300,
Denver, CO 80210
MY ADDRESS OF RECORD

720-213-0676
MY TELEPHONE # OF RECORD

ppeluso@woodrowpeluso.com
MY EMAIL ADDRESS OF RECORD

1939 Harrison Street, Suite 150
Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 836-4200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rebecca@lozeaudrury.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 47642          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 4, 2022_____          Patrick H. Peluso_____
                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Patrick H. Peluso_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A.D. **2014** and that at the date hereof the said **Patrick Harry Peluso** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **April** A.D. **2022**

**Cheryl Stevens**

Clerk

By _Myra Sanchez_

Deputy Clerk