GEORGE C. HUTCHINSON (SBN 138735)
PATRICK L. BLAIR (SBN 201345)
LEGAL SOLUTIONS 2 U
A Professional Corporation
18201 Von Karman, Ste. 701
Irvine, California 92616
Telephone:   (855) 755-2928
Facsimile:    (855) 755-2928
gchutchinson@legalsolutions2u.com

Attorneys for Defendant:
BRANDREP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC. and DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDREP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-CV-03013-SI<br><br>**JOINT STIPULATION TO CONTINUE THE CASE DEADLINES** |

The Parties, Defendant Brandrep, LLC ("Brandrep" or "Defendant") and Plaintiffs A1 On Track Sliding Door Repair and Installation, Inc. ("A1") and Deborah Schick ("Schick," collectively "Plaintiffs") submit this Joint Stipulation to Continue the Case Deadlines.

**A.    THE PARTIES PARTICIPATED IN THE COURT-ORDERED MEDIATION**

On May 5, 2022, the Parties participated in court-ordered mediation with mediator Jeffrey Grubman, Esq. As a result of the mediation, the Parties believe that Plaintiffs'

1

JOINT STIPULATION TO CONTINUE THE CASE DEADLINES - CASE NO. 3:21-CV-03013-SI

1  confidential review of Defendant's financial information would assist the Parties in resolving this
2  case with minimal further litigation and significantly increase the chances of an early resolution
3  in this case.  Defendant Brandrep would need time to pull together its financials for the
4  confidential disclosure.  Plaintiffs would need time to review the disclosures and evaluate its
5  settlement position.

6  **B.    THE PARTIES BELIEVE THAT A TWO-MONTH CONTINUANCE OF THE**
7  **       CASE DEADLINES WOULD ASSIST IN RESOLUTION OF THIS CASE**

8  The Parties believe that a two-month continuance of all case deadlines would help
9  facilitate the settlement of this case.  The reprieve would allow the Parties to evaluate and
10 discuss settlement without the escalation that the existing case deadlines impose.  The Parties
11 believe a two-month continuance would significantly increase the chances of an early resolution
12 in this case.
13 Accordingly, the Parties jointly agree, stipulate and request that the deadlines be
14 extended as set forth below:

| **Event** | **Deadline/Date** | **Proposed New Date** |
|---|---|---|
| Non-expert Discovery Cutoff | June 30, 2022 | August 30, 2022 |
| Plaintiff's Expert Disclosures | July 15, 2022 | September 16, 2022 |
| Defendant's Expert Disclosures | August 5, 2022 | October 7, 2022 |
| Rebuttal Expert Disclosures | August 19, 2022 | October 21, 2022 |
| Expert Discovery Cutoff | August 31, 2022 | November 2, 2022 |
| Plaintiff to File Motion for Class Certification | September 2, 2022 | November 4, 2022 |
| Opposition to Class Certification Due | September 16, 2022 | November 18, 2022 |
| Reply in Support of Class Certification Due | September 23, 2022 | November 25, 2022 |
| Hearing on Class Certification | October 7, 2022, 10:00 a.m. | December 9, 2022, 10:00 a.m. |

| | |
|---|---|
| Dated: May 6, 2022 | LEGAL SOLUTIONS 2 U<br>A Professional Corporation<br><br>/s/ Patrick L. Blair<br>Patrick L. Blair<br>Attorney for Defendant<br>Brandrep, LLC |
| Dated: May 6, 2022 | By: /s/ Taylor T. Smith |

Taylor T. Smith
**Attorney for A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC. and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,

| | |
|---|---|
| Rebecca Davis (SBN 271662)<br>rebecca@lozeaudrury.com<br>**LOZEAU DRURY LLP**<br>1939 Harrison St., Suite 150<br>Oakland, CA 94612<br>Telephone: (510) 836-4200<br>Facsimile: (510) 836-4205 | Taylor T. Smith (admitted *pro hac vice*)<br>tsmith@woodrowpeluso.com<br>**WOODROW & PELUSO, LLC**<br>3900 E. Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809 |

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs and that I have obtained authorization to affix his or her electronic signature to this document.

By:   /s/ Patrick L. Blair
      Patrick L. Blair

# PROOF OF SERVICE

ORANGE COUNTY                )
                             )   ss.
STATE OF CALIFORNIA          )

I am employed in Orange County, California. I am over the age of eighteen and not a party to the within action. My business address is 18201 Von Karman, Ste. 701, Irvine, California 92616.

On May 6, 2022, I served the following document described as:

**JOINT STIPULATION TO CONTINUE THE CASE DEADLINES**

On the following interested parties in this action:

**Taylor T. Smith**
**Via CM/ECF**
*Attorney for plaintiffs*
Email: tsmith@woodrowpeluso.com

**Rebecca L. Davis**
**Via CM/ECF**
*Attorney for plaintiffs*
Email: rebecca@lozeaudrury.com

**[X]   VIA CM/ECF to the above email addresses**.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.  Executed on May 6, 2022, at Irvine, California.

              /s/ Ron Kort
              Ron Kort

**4**