GEORGE C. HUTCHINSON (SBN 138735)
PATRICK L. BLAIR (SBN 201345)
LEGAL SOLUTIONS 2 U
A Professional Corporation
18201 Von Karman, Ste. 701
Irvine, California 92616
Telephone: (855) 755-2928
Facsimile: (855) 755-2928
gchutchinson@legalsolutions2u.com

Attorneys for Defendant:
BRANDREP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC, SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDREP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-CV-03013-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE DEADLINES**<br><br>Date:<br>Time:<br>Courtroom: 1<br>Judge: Hon. Susan Illston<br><br>First Amended Complaint Filed on April 29, 2021 |

**[PROPOSED] ORDER CONTINUING CASE DEADLINES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Parties submitted to the Court (the Honorable Susan Illston) a Joint Stipulation to Continue the Case Deadlines on May 9, 2022.

The Court having considered the file herein, the Joint Stipulation, and good cause appearing, hereby continues the case deadlines as follows:

| Event | Old Deadline/Date | New Deadline/Date |
|---|---|---|
| Non-expert Discovery Cutoff | June 30, 2022 | August 30, 2022 |
| Plaintiff's Expert Disclosures | July 15, 2022 | September 16, 2022 |
| Defendant's Expert Disclosures | August 5, 2022 | October 7, 2022 |
| Rebuttal Expert Disclosures | August 19, 2022 | October 21, 2022 |
| Expert Discovery Cutoff | August 31, 2022 | November 2, 2022 |
| Plaintiff to File Motion for Class Certification | September 2, 2022 | November 4, 2022 |
| Opposition to Class Certification Due | September 16, 2022 | November 18, 2022 |
| Reply in Support of Class Certification Due | September 23, 2022 | November 25, 2022 |
| Hearing on Class Certification | October 7, 2022, 10:00 a.m. | December 9, 2022 at 10 a.m. |

IT IS SO ORDERED.

Dated: May 11, 2022

_Susan Illston_

Honorable Susan Illston

District Judge