Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Taylor T. Smith *pro hac vice*
tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Attorneys for Plaintiffs*

GEORGE C. HUTCHINSON (SBN 138735)
PATRICK L. BLAIR (SBN 201345)
LEGAL SOLUTIONS 2 U
A Professional Corporation
18201 Von Karman, Ste. 701
Irvine, California 92616
Telephone: (855) 755-2928
Facsimile: (855) 755-2928
gchutchinson@legalsolutions2u.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., SYLVIA SCHICK, and DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDREP, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:21-CV-03013-SI<br><br>Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>CMC Date: July 8, 2022<br>Dept.: 1 |

# [PROPOSED] ORDER

The Stipulation and Request to Stay Further Proceedings is GRANTED.

PURSUANT TO STIPULATION IT IS HEREBY ORDERED:

1. The entire litigation will be stayed while the parties engage in informal resolution discussions.

2. The parties will file joint status reports every 60 days informing the Court of the progress of their informal resolution discussions.

3. The Case Management Conference presently set for July 8, 2022, shall be taken off calendar.

IT IS SO ORDERED.

Dated: June 29, 2022

_____
Hon. Susan Illston
United States District Court Judge