UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDREP LLC,<br><br>Defendant. | Case No. 21-cv-03013-SI<br><br>**ORDER CONTINUING STAY UNTIL DECEMBER 22 AND DIRECTING STATUS STATEMENT TO BE FILED BY DECEMBER 22** |

Pursuant to the parties' stipulation, the Court stayed this case to allow the parties to engage in settlement negotiations. In a statement filed October 25, 2022, the parties have informed the Court that the settlement discussions are continuing and they request that the stay be continued. The Court GRANTS that request for an additional 60 days; this is the final stay that will be granted. If the parties have not resolved this case by December 22, they shall file a statement on or before December 22 apprising the Court of the status of this case, and the Court will lift the stay at that time.

**IT IS SO ORDERED**.

Dated: October 31, 20222

SUSAN ILLSTON
United States District Judge