Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (admitted *pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Attorneys for Plaintiffs and the Alleged Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC. and DEBORAH SCHICK,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **BRANDREP LLC**, a Delaware limited liability company, <br><br> Defendant. | Case No. 3:21-cv-03013-SI <br><br> **JOINT STATUS REPORT** |

Plaintiffs A1 On Track Sliding Door Repair and Installation, Inc. ("A1") and Deborah Schick ("Schick," collectively with A1, "Plaintiffs") and Defendant BrandRep, LLC ("BrandRep" or "Defendant") (collectively Plaintiffs and Defendant are referred to as the "Parties") submit this Joint Status Report in response to the Court's March 3, 2023, Case Management Order (dkt. 83).

**1.  Discovery Status**

Plaintiffs' Statement: On June 29, 2022, the Court stayed the proceeding to enable the

parties to focus their energy on resolving this matter. To date, the parties have been unable to resolve the claims in this case. As such, the Parties jointly agree, stipulate, and request that the Court lift the stay. Plaintiff proposes the following discovery schedule, which should provide sufficient time for the parties to complete all remaining fact and expert discovery.

| Event | Prior Deadline/Date | Proposed New Date |
|---|---|---|
| Non-expert Discovery Cutoff | August 30, 2022 | June 23, 2023 |
| Plaintiff's Expert Disclosures | September 16, 2022 | July 14, 2023 |
| Defendant's Expert Disclosures | October 7, 2022 | August 4, 2023 |
| Rebuttal Expert Disclosures | October 21, 2022 | August 18, 2023 |
| Expert Discovery Cutoff | November 2, 2022 | September 8, 2023 |
| Plaintiff to File Motion for Class Certification | November 4, 2022 | September 15, 2023 |
| Opposition to Class Certification Due | November 18, 2022 | October 6, 2023 |
| Reply in Support of Class Certification Due | November 25, 2022 | October 20, 2023 |
| Hearing on Class Certification | December 9, 2022, 10:00 a.m. | November 10, 2023, at 10:00 a.m. |

Defendant's Statement:

During the stay, Defendant engaged Christine Reilly, Esq. of the Manatt, Phelps & Phillips law firm solely in the capacity to negotiate a settlement with Plaintiffs. The Legal Solutions 2U, APC, law firm, trial counsel for Defendant, has been mostly inactive in this matter until now. The Legal Solutions 2U, APC, law firm has a major trial scheduled for July 14, 2023, in the Orange County Superior Court. Therefore, Defendant requests that the case schedule be as follows.

| Event | Prior Deadline/Date | Proposed New Date |
|---|---|---|
| Non-expert Discovery Cutoff | August 30, 2022 | October 23, 2023 |

| Plaintiff's Expert Disclosures | September 16, 2022 | November 17, 2023 |
|---|---|---|
| Defendant's Expert Disclosures | October 7, 2022 | December 8, 2023 |
| Rebuttal Expert Disclosures | October 21, 2022 | December 22, 2023 |
| Expert Discovery Cutoff | November 2, 2022 | January 19, 2024 |
| Plaintiff to File Motion for Class Certification | November 4, 2022 | January 26, 2024 |
| Opposition to Class Certification Due | November 18, 2022 | February 16, 2024 |
| Reply in Support of Class Certification Due | November 25, 2022 | February 23, 2024 |
| Hearing on Class Certification | December 9, 2022, 10:00 a.m. | March 8, 2024, at 10:00 a.m. |

Respectfully submitted,

Dated: March 24, 2023

**A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC. and DEBORAH SCHICK**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
  One of Plaintiffs' Attorneys

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (admitted *pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210

3

Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Dated: March 24, 2023			**BRANDREP, LLC**

					*/s/ Patrick Blair*

					George C. Hutchinson
					gchutchinson@legalsolutions2u.com
					Patrick Blair
					pblair@legalsolutions2u.com
					Legal Solutions 2U, APC
					18201 Von Karman Ave., Suite 701
					Irvine, CA 92612
					Tel: 855-775-2928
					Fax: 855-775-2928

					*Counsel for Defendant*

<u>**SIGNATURE CERTIFICATION**</u>

    Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

					By: */s/ Taylor T. Smith*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on March 24, 2023.

/s/ Taylor T. Smith