UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 31, 2023 | **Time:** 10:43 – 10:49<br>6 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-03013-SI | **Case Name:** Schick, et al. v. Brandrep LLC, et al. | |

**Attorney for Plaintiff:** Taylor Smith
**Attorney for Defendant:** Patrick Blair

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

## SUMMARY

The Court granted the joint request to lift the stay. The Court agreed to Defendant's suggested schedule. An Amended Pretrial Preparation Order will be issued.

CASE CONTINUED: 9/8/2023 at 3:00 PM for Further Case Management Conference by Zoom webinar.

Joint Case Management Statement Due: 9/1/2023.