UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA SCHICK, et al.,

        Plaintiffs,

v.

BRANDREP LLC,

        Defendants.

Case No.  21-cv-03013-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 9/8/2023 at 3:00 PM.
Joint Case Management Statement:  9/1/2023

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/23/2023

PLAINTIFF'S DESIGNATION OF EXPERTS: 11/13/2023; DEFENDANT'S EXPERT DISCLOSURES:  12/8/2023;  REBUTTAL: 12/22/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/19/2024.

Plaintiff to File Motion for Class Certification:  1/26/2024;
    Opposition Due: 2/16/2024;
    Reply Due:  2/23/2024;
Hearing on Class Certification:  3/8/2024 at 10 a.m.

    **IT IS SO ORDERED**.

Dated: March 31, 2023

_____
SUSAN ILLSTON
United States District Judge